IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERREANNE JULIAN,

    Plaintiff,

vs.                                       Civ. No. 02-353 MV/WWD ACE

CORNELL CORRECTIONS OF TEXAS,
INC., and WARDEN ROMERO, Individually
and as Warden of the Facility,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiff's Motion to Compel [docket no. 21] which, as amended by the Plaintiff's reply, seeks an order directing Defendants "to thoroughly answer interrogatory number 5", and to produce in response to request for production number 11 as modified (Plaintiff seeks the applications of all positions which became available from the time period of October 2000 to May 2001).  Defendants argue that request for production number 11 should be denied as being burdensome and overly broad.  I do not find that the materials sought are sufficiently related to the case to impose on Defendants the task of producing them.

    **WHEREFORE,**

    **IT IS ORDERED** that Defendants answer fully and completely Interrogatory No. 5.

    **IT IS FURTHER ORDERED** that the Motion to Compel insofar as it addresses Request for Production No. 11, be, and it is hereby, DENIED.

                                                                  _____
                                                          UNITED STATES MAGISTRATE JUDGE